**District of Columbia Court of Appeals**



No. 13-BG-844

In the Matter of
STEPHEN T. YELVERTON
A Member of the Bar of the
District of Columbia
Court of Appeals
**Bar Registration No. 264044**　　　　　　　　　BDN: 128-10

BEFORE:　Oberly, Associate Judge, and Nebeker and King, Senior Judges.

## ORDER

On consideration of the Board on Professional Responsibility's Report and Recommendation, this court's order directing respondent to show cause why he should not be suspended pending final action on the Board's report and the response thereto that includes a request for en banc review, and respondent's motion for leave to file a praecipe, construed as a motion to supplement his response to the order to show cause, it is

ORDERED that respondent's motion to file a supplement is granted. It is

FURTHER ORDERED that respondent's request for en banc review is denied as the rules do not allow for en banc consideration on the issue of suspension pending final action on the Board's report. It is

FURTHER ORDERED that respondent is hereby suspended from the practice of law in the District of Columbia pending final disposition of this proceeding. It is

*A true Copy*
*Test:*

*Julio Castillo*
*Clerk of the District of Columbia Court of Appeals*

BY _____
DEPUTY CLERK
Julio Castillo
Clerk of the District of Columbia
Court of Appeals

No. 13-BG-844

FURTHER ORDERED that respondent's attention is directed to the requirements of D.C. Bar R. XI § 14 relating to suspended attorneys and to the provisions of Rule XI § 16 (c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI § 14, including the filing of the required affidavit.

## PER CURIAM

Copies to:

Stephen T. Yelverton
601 Pennsylvania Avenue NW, Suite 900 South
Washington. DC 20004

Theodore D. Frank, Esquire
Chair, Board on Professional Responsibility
430 E Street NW, Suite 138
Washington DC 20001

Wallace E. Shipp, Jr., Esquire
Bar Counsel, Office of Bar Counsel
515 5th Street NW, Suite 117
Washington DC 20001