# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 13-8520                                        September Term, 2013

**Filed On:** February 19, 2014

In re: Stephen Thomas Yelverton,

      Respondent

      **BEFORE:**    Tatel, Brown, and Pillard, Circuit Judges

## O R D E R  O F  S U S P E N S I O N

Upon consideration of the court's order filed November 5, 2013, directing respondent to show cause why this court should not impose the identical discipline imposed by the District of Columbia Court of Appeals on September 17, 2013, and the response thereto; and the motion for leave to file a supplement to the response and the lodged supplement, which contains a request to direct the Grievance Committee to conduct a hearing, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the motion for leave to file be granted. The Clerk is directed to file the lodged supplement. It is

**FURTHER ORDERED** that the request, seeking a hearing before the Grievance Committee to address the ongoing proceeding before the District of Columbia Court of Appeals and the imposition of interim discipline pursuant to that court's September 17, 2013 order, be denied. It is

**FURTHER ORDERED** that Stephen Thomas Yelverton be suspended from the practice of law before the United States Court of Appeals for the District of Columbia Circuit. Respondent has not demonstrated any lack of notice or infirmity of proof in the underlying proceeding, that suspension is gravely unjust, or that his misconduct warrants substantially different discipline. See D.C. Cir. Rules, App. II, Rule IV(c). Reinstatement is conditioned upon respondent's filing with the Clerk proof that he has been reinstated by the District of Columbia Court of Appeals. See Rule VII. It is

**FURTHER ORDERED** that Stephen Thomas Yelverton be prohibited from holding himself out to be an attorney at law licensed to practice before the United States Court of Appeals for the District of Columbia Circuit during the period of suspension.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-8520**　　　　　　　　　　　　　　**September Term, 2013**

Respondent is directed to notify this court promptly upon the issuance of a final order by the District of Columbia Court of Appeals in No. 13-BG-844.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**<u>Per Curiam</u>**