# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-8520**                           **September Term, 2013**

**Filed On:** May 5, 2014

In re: Stephen Thomas Yelverton,

    Respondent

**BEFORE:** Garland, Chief Judge, and Henderson, Rogers, Tatel, Brown, Griffith, Kavanaugh, Srinivasan, Millett, Pillard, and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, which has been construed as a motion for reconsideration en banc, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the motion be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:   /s/
        Timothy A. Ralls
        Deputy Clerk