# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-8520**　　　　　　　　　　　　　　**September Term, 2013**

**Filed On:** June 30, 2014

In re: Stephen Thomas Yelverton,

　　　　Respondent

## O R D E R

Upon consideration of respondent's motion to stay mandate, it is

**ORDERED** that the motion be dismissed as moot. This matter, concerning the imposition of discipline pursuant to Rule IV of the D.C. Circuit's Rules of Disciplinary Enforcement, remains pending before the court. No final order will issue until issuance of a final order by the District of Columbia Court of Appeals in No. 13-BG-844. No mandate will issue upon the termination of this case.

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Timothy A. Ralls
　　　　　　　　　　　　　　　　　　　Deputy Clerk