# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-8520**                                                      **September Term, 2014**

**Filed On:** July 8, 2015

In re: Stephen Thomas Yelverton,

      Respondent

    **BEFORE**:    Tatel, Brown, and Millett, Circuit Judges

## O R D E R

Upon consideration of the District of Columbia Court of Appeals' December 24, 2014 order suspending Stephen T. Yelverton from the practice of law for 30 days and conditioning his reinstatement on a demonstration of fitness to practice; and the motions for recusal of the members of this court, designation of a panel from another circuit, and a de novo hearing before the Committee on Admissions and Grievances, it is

**ORDERED** that the motion for recusal be denied to the extent appellant seeks recusal of the above-named judges. This is not a case in which the judges' "impartiality might reasonably be questioned." In re Brooks, 383 F.3d 1036, 1041 (D.C. Cir. 2004). It is

**FURTHER ORDERED** that the motion for designation of a panel from another circuit be dismissed as moot in light of this panel's decision not to recuse. It is

**FURTHER ORDERED** that consideration of the motion for a de novo hearing before the Committee on Admissions and Grievances be deferred pending further order of the court. It is

**FURTHER ORDERED** that respondent show cause, within 30 days of the date of this order, why identical discipline should not be imposed. See Rule IV(a) & (c) of the Rules of Disciplinary Enforcement for the United States Court of Appeals for the District of Columbia Circuit.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-8520**　　　　　　　　　　　　　　**September Term, 2014**

      The Clerk is directed to send a copy of this order to respondent, along with a copy of the order from the District of Columbia Court of Appeals, by certified mail, return receipt requested, and by first class mail.

**<u>Per Curiam</u>**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                    **By:**    /s/
                                       Robert J. Cavello
                                       Deputy Clerk