# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-8520**                                    **September Term, 2015**

**Filed On:** October 7, 2015

In re: Stephen Thomas Yelverton,

        Respondent

## O R D E R

Upon consideration of the motion to exceed page limits in the response to the court's July 8, 2015 order to show cause, it is

**ORDERED** that the motion be dismissed as moot. The Clerk is directed to file the lodged response.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Robert J. Cavello
Deputy Clerk