# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 13-8520**                                          **September Term, 2015**

**Filed On:** October 7, 2015

In re: Stephen Thomas Yelverton,
       Respondent

     **BEFORE:**    Henderson, Rogers, and Pillard, Circuit Judges

## O R D E R   O F   S U S P E N S I O N

    Upon consideration of the court's order filed July 8, 2015, directing respondent to show cause why the court should not impose the identical discipline imposed by the District of Columbia Court of Appeals on December 24, 2014, the response thereto, and the motion for a de novo hearing before the Committee on Admissions and Grievances, it is

    **ORDERED** that the order to show cause be discharged. It is

    **FURTHER ORDERED** that the motion for a de novo hearing before the Committee on Admissions and Grievances be denied. It is

    **FURTHER ORDERED** that Stephen Thomas Yelverton be suspended from the practice of law before the United States Court of Appeals for the District of Columbia Circuit for 30 days, nunc pro tunc to December 24, 2014. Respondent has not demonstrated any lack of notice or infirmity of proof in the underlying proceeding, that suspension is gravely unjust, or that his misconduct warrants substantially different discipline. See D.C. Cir. Rules, App. II, Rule IV(c). Reinstatement is conditioned upon respondent's filing with the Clerk proof that he has been reinstated by the District of Columbia Court of Appeals. See Rule VII. It is

    **FURTHER ORDERED** that Stephen Thomas Yelverton be prohibited from holding himself out to be an attorney at law licensed to practice before the United States Court of Appeals for the District of Columbia Circuit during the period of suspension.

    Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**